Appeal dismissed on motion of counsel for the respective parties.

*Evans & Mershon,* for Appellant;

*A. B. & C. C. Small,* for Dade County;

*J. H. Swink,* State Attorney, for the State.

---

George H. Earle, Junior, Appellant, v. Dade County, Florida, and the State of Florida, Appellees—Re, Validation of Causeway Bridge Bonds.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for the respective parties.

*Evans & Mershon,* for Appellant;

*A. B. & C. C. Small,* for Dade County;

*J. H. Swink,* State Attorney, for the State.

---

George H. Earle, Junior, Appellant, v. Dade County, Florida, and the State of Florida, Appellees—Re, Validation of County Armory Building Bonds.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for the respective parties.

*Evans & Mershon,* for Appellant;

*A. B. & C. C. Small,* for Dade County;

*J. H. Swink,* State Attorney, for the State.

---

George H. Earle, Junior, Appellant, v. Dade County, Florida, and the State of Florida, Appellees—Re, Validation of West Dixie Highway Bonds.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for the respective parties.

*Evans & Mershon,* for Appellant;

*A. B. & C. C. Small,* for Dade County;

*J. H. Swink,* State Attorney, for the State.

---

George H. Earle, Junior, Appellant, v. Dade County, Florida, and the State of Florida, Appellees—Re, Validation of Southwest Eighth Street, West, Bonds.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for the respective parties.

*Evans & Mershon,* for Appellant;

*A. B. & C. C. Small,* for Dade County;

*J. H. Swink,* State Attorney, for the State.